# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Case No. 22-20610-TPA |
| **Mario M. Perry, Jr.** | ) | Chapter 13 |
|    Debtor | ) | Document No. |
| **Mario M. Perry, Jr.** | ) | |
|    Movant | ) | |
|  v. | ) | |
| **Am-Guard Inc.** | ) | |
|    Respondent | ) | |

### CERTIFICATE OF SERVICE FOR DEBTOR'S
### MOTION TO TERMINATE MAY 23, 2022 WAGE ATTACHMENT ALONG
### WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **September 22, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** –
a. Office of the Chapter 13 Trustee, USX Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219
b. Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Ste. 970, Pittsburgh, PA 15222

**2.) Service by First Class Mail--**
a. **Mario Perry, JR,** 1303 Oakridge Street Pittsburgh PA 15226
b. **3 G Security Solutions Attn** Payroll Manager 600 Main Street Pittsburgh, PA 15215

Executed on: **September 22, 2022.**

/s/Bryan P. Keenan
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com