# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Case No. 22-20610-TPA |
| **Mario M. Perry, Jr.** | ) | Chapter 13 |
|    **Debtor** | ) | Document No. __ |
| **Mario M. Perry, Jr.** | ) | |
|    **Movant** | ) | Motion No. ☐ WO-1 |
| **v.** | ) | |
| **3 G Security Solutions** | ) | |
|    **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **September 26, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a**. Mario Perry, JR,** 1303 Oakridge Street Pittsburgh PA 15226
b **3 G Security Solutions** ATTN:    Payroll Manager 600 Main Street Pittsburgh, PA 15215

Executed on: **September 26, 2022**    **/s/Bryan P. Keenan**
    Bryan P. Keenan, PA ID No. 89053
    Bryan P. Keenan & Associates P.C.
    Attorney for Debtor
    993 Greentree Road, Suite 201
    Pittsburgh, PA 15220
    (412) 922-5116
    keenan662@gmail.com