# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 22-20610-TPA** |
| **Mario M. Perry, Jr.** | ) | **Chapter 13** |
|    **Debtor** | ) | **Document No. __** |
| **Mario M. Perry, Jr.** | ) | |
|    **Movant** | ) | **Motion No. ☐ WO-1** |
| **v.** | ) | |
| | | |
| **3 G Security Solutions** | ) | |
|    **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 24, 2025**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a**. Mario Perry, JR,** 1303 Oakridge Street Pittsburgh PA 15226
b **3 G Security Solutions** ATTN:    Payroll Manager 600 Main Street Pittsburgh, PA 15215


Executed on: **March 25, 2025**            **/s/Bryan P. Keenan**
                                                               Bryan  P. Keenan, PA ID No. 89053
                                                               Bryan  P. Keenan  & Associates P.C.
                                                               Attorney for Debtor
                                                               993 Greentree Road, Suite 201
                                                               Pittsburgh, PA 15220
                                                               (412) 922-5116
                                                               keenan662@gmail.com