IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
Mario M. Perry                      )    Case No. 22-20610-JCM
                                    )
                                    )    Chapter 13
                                    )
            Debtor(s).              )
                                    )    Related to Doc. No. 92
_____ X

**STIPULATED ORDER MODIFYING PLAN**

  **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

  ❑ a motion to dismiss case or certificate of default requesting dismissal

  ☒ a plan modification sought by: **The Debtor to provide for a post petition mortgage payment change.**

  ❑ a motion to lift stay
    as to creditor _____

  ❑ Other: _____

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

 ❑ Chapter 13 Plan dated _____
 ☒ Amended Chapter 13 Plan dated **September 21, 2022**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

  ☒ Debtor(s) Plan payments shall be changed from **$1,695.00** to **$1,712.00** per month effective **September 2025**

-1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: _____

The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record and the July 31, 2025 notice of payment change, which called for a monthly payment of $825.00 effective September 2025.

**\* U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2023-NR1, c/o Fay Servicing,LLC  CL. # 4-1.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 5th day of September, 2025.

_____ jlm
Honorable John C. Melaragno
United States Bankruptcy Judge

SIGNED
9/5/25 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                              Stipulated by:

/s/ Bryan P. Keenan                         /s James Warmbrodt
Bryan P. Keenan                             James Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

*[Remainder of Page Intentionally Left Blank]*

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-20610-JCM |
|---|---|
| Mario M. Perry, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario M. Perry, Jr., 1303 Oakridge Street, Pittsburgh, PA 15226-1950 |
| 15469029 | + | North State Acceptance, Po Box 58187, Raleigh, NC 27658-8187 |
| 15469030 | + | U.S. Bank Trust National Association, 425 South Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 16527942 | | Wilmington Savings Fund Society, FSB et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 06 2025 00:24:00 | U.S. Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2025 00:24:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 06 2025 00:24:00 | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15469026 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2025 00:34:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15487654 | + | Email/Text: jdryer@bernsteinlaw.com | Sep 06 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15469027 | | Email/Text: ECF@fayservicing.com | Sep 06 2025 00:24:00 | Fay Servicing Llc, 939 W North Ave, Chicago, IL 60642 |
| 15469028 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 06 2025 00:25:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15484635 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:34:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15472723 | + | Email/Text: BKRMailOps@weltman.com | Sep 06 2025 00:25:00 | North State Acceptance, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15479015 | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2025 00:24:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15489081 | + | Email/Text: ebnpwsa@grblaw.com | Sep 06 2025 00:24:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16569610 | ^ | MEBN | | |

Case 22-20610-JCM    Doc 94    Filed 09/07/25    Entered 09/08/25 00:33:49    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 17 |

|  |  |  | Sep 06 2025 00:18:24 | U.S. Bank Trust Company et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
|---|---|---|---|---|
| 15487182 |  | ^ MEBN |  |  |
|  |  |  | Sep 06 2025 00:18:11 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | NORTH STATE ACCEPTANCE |
| cr |  | U.S. Bank Trust Company |
| cr |  | U.S. Bank Trust Company, National Assocation, not |
| cr |  | U.S. Bank Trust Company, National Assocation, not |
| cr |  | U.S. Bank Trust National Association, not in its i |
| cr |  | Wilmington Savings Fund Society, FSB |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 07, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Mario M. Perry Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor NORTH STATE ACCEPTANCE pitecf@weltman.com gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 17

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 8