2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-20610-JCM
Chapter 13

In re: Debtor(s) (including Name and Address)

Mario M. Perry, Jr.
1303 Oakridge Street
Pittsburgh PA 15226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/23/2026.

Name and Address of Alleged Transferor(s):

Claim No. 4: U.S. Bank Trust Company et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

Wilmington Savings Fund Society, et al.
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/26/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 22-20610-JCM

Mario M. Perry, Jr.                                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                   Page 1 of 2
Date Rcvd: Jul 24, 2026                       Form ID: trc                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16569610 | ^ MEBN | | |
| | | Jul 25 2026 01:12:19 | U.S. Bank Trust Company et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Bryan P. Keenan | on behalf of Debtor Mario M. Perry  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor NORTH STATE ACCEPTANCE pitecf@weltman.com  gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | |

District/off: 0315-2                                  User: auto                                    Page 2 of 2

Date Rcvd: Jul 24, 2026                              Form ID: trc                                   Total Noticed: 1

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Matthew Fissel

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup
Mortgage Loan Trust 2019-E bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8