**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20610-JCM** |
| **Mario M. Perry Jr.** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Mario M. Perry Jr.** | ) | |
| **Movant** | ) | |
| **v** | ) | |
| **Ronda J. Winnecour, Trustee** | ) | |
| **Respondent** | ) | |

**ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**
**WITH THE CONSENT OF THE CHAPTER 13 TRUSTEE**
**WITH PAYMENTS OUTSIDE OF THE PLAN**

This matter comes before the Court upon the [MOTION OF THE DEBTOR FOR POSTPETITION FINANCING] [Doc. No. ] ("Motion") filed by Debtors on [August 26, 2026]. Based upon the foregoing, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion [Doc. No. ] is GRANTED as provided by the terms of this Order. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

(a) the total amount of financing shall not exceed $30,000.00; and

(b) the monthly payments made under the financing agreement shall not exceed $600.00

(c) with payments outside of the plan as we shall be in month 54 of a 60 month plan in September of 2026.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments shall be made through the chapter 13 plan. Within 30 DAYS of securing such financing, Debtors shall file: (a) an amended chapter 13 plan to surrender his interest in his 2013 Volkswagon Passet SE; and (b) a report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE]

3. Upon the filing of the report of financing, the chapter 13 trustee is authorized to cease making payments to North Star Acceptance on account of [xxxxxxx 0600].

4. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the [POSTPETITION AUTOMOBILE LENDER].

5. Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Dated: August 28, 2026

dak
Honorable John C. Melaragno
United States Bankruptcy Court

SIGNED
8/28/26 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Bryan P. Keenan
Bryan P. Keenan
Attorney for Debtor

/s Kate Desimone
Kate Desimone
Staff attorney for the Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 22-20610-JCM
Mario M. Perry, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 28, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Mario M. Perry, Jr., 1303 Oakridge Street, Pittsburgh, PA 15226-1950 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com mccallaecf@ecf.courtdrive.com |
| Bryan P. Keenan | on behalf of Debtor Mario M. Perry Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor NORTH STATE ACCEPTANCE pitecf@weltman.com gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Matthew Fissel | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8