**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20610-JCM** |
| **Mario M. Perry Jr.** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Mario M. Perry Jr.** | ) | |
| **Movant** | ) | |
| **v** | ) | |
| **Ronda J. Winnecour, Trustee** | ) | |
| **Respondent** | ) | |

**CERTIFICATE OF SERVICE OF**
**MOTION TO APPROVE POST PETITION VEHICLE FINANCING**
**WITH THE CHAPTER 13 TRUSTEE CONSENT**
**WITH PAYMENTS OUTSIDE OF THE PLAN**

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Date: September 1, 2026

**/s/Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

**Office of the U.S. Trustee**
1001 Liberty Avenue
Liberty Center, Ste. 970
Pittsburgh, PA 15222